**Order entered October 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00345-CR

**DEMEATRICE RENEE SHEPPARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 071988**

## ORDER

Before the Court is appellant's October 3, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 4, 2022**. If appellant fails to file her brief by November 4, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/ DENNISE GARCIA
JUSTICE